IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROL OWEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METHODIST HOSPITALS OF DALLAS, INC. (d/b/a METHODIST HEALTH SYSTEM), et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ NO. 3:09-cv-00207-L |

## FINAL JUDGMENT

In accordance with, and for the reasons set forth in, the Order Approving Settlement, Certifying Class and Directing Entry of Final Judgment entered on February 2, 2010 (the "Final Approval Order"), all Released Claims (as defined in the Settlement Agreement) against Methodist Hospitals of Dallas, Inc. (d/b/a Methodist Health System); Medhealth; Methodist Transplant Physicians; Physician Associates of Southwest Dallas, John F. Lacy, Timothy M. Meeks, and the other Defendant Released Parties (as defined in the Settlement Agreement) are dismissed with prejudice as to the named plaintiff and the other persons listed in the attached Exhibit "A", pursuant to Rule 54 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees except as otherwise provided in the Final Approval Order.

**Signed** this 2nd day of February, 2010.

_____
HON. SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Owen v. Methodist Hospitals of Dallas, Inc. et al. -
Participating Settlement Class Members

| Count | Unique ID No. | Name | Employee Number |
|---|---|---|---|
| 1 | 1000014 | ANDREA LARA | 4875 |
| 2 | 1000028 | SHAREL K ROATH | 2951 |
| 3 | 1000049 | FRANKLIN N COLEMAN | 7743 |
| 4 | 1000202 | SARAH K JONES | 11044 |
| 5 | 1000024 | BRENDA LOWREY | 4139 |
| 6 | 1000001 | ANNETTE BOURGET | 832 |
| 7 | 1000002 | CARLA CLARKE | 4666 |
| 8 | 1000003 | VREITTA L SMITH | 8505 |
| 9 | 1000004 | GREGORY A LIGHT | 8503 |
| 10 | 1000005 | SYLVESTER WELLS | 2412 |
| 11 | 1000006 | SEAN D CARVER | 1814 |
| 12 | 1000007 | JAMES I THOMPSON | 1974 |
| 13 | 1000008 | BARNEY COHEN | 4741 |
| 14 | 1000009 | BARBARA P LINNEN | 1729 |
| 15 | 1000010 | JULIA GRAVES | 6095 |
| 16 | 1000011 | BECKY L DOWNS | 3909 |
| 17 | 1000012 | FRANCES D ARGO-BRILLHART | 6339 |
| 18 | 1000013 | REBECCA A AGUILAR | 5301 |
| 19 | 1000015 | JOHN LAIN | 9744 |
| 20 | 1000016 | MURIEL F KNOX | 649 |
| 21 | 1000017 | WAYNE H GOSSARD | 7204 |
| 22 | 1000018 | JOAN M HEATH | 1467 |
| 23 | 1000019 | LETHA BISHOP | 452 |
| 24 | 1000020 | AUDREY K JENNINGS | 3027 |
| 25 | 1000021 | VERONICA VILLALBA | 1338 |
| 26 | 1000022 | SUE S WIDENER | 4474 |
| 27 | 1000023 | THOMAS D GRAFTON | 7636 |
| 28 | 1000025 | THOMAS E YORK | 823 |
| 29 | 1000026 | SHERRY A DONNELL-BICCUM | 5020 |
| 30 | 1000027 | JANET RHODES | 8188 |
| 31 | 1000029 | SHELBY GASTON | 1237 |
| 32 | 1000030 | CYNTHIA SEELY | 7454 |
| 33 | 1000031 | COURTNEY S STEWART | 7957 |
| 34 | 1000032 | NANCY COVAIRT | 501 |
| 35 | 1000033 | ALICIA COFER | 9309 |
| 36 | 1000034 | MARI L WELDON | 3348 |
| 37 | 1000035 | HARRIETT J CUNNINGHAM | 7294 |
| 38 | 1000036 | CHERYL JENSEN | 9147 |
| 39 | 1000037 | VIVIAN M WHITE | 5681 |
| 40 | 1000038 | ROBERT JACOBSON | 10045 |
| 41 | 1000039 | PATTY S CLARK | 4084 |
| 42 | 1000040 | PATSY C GOLDEN | 7494 |
| 43 | 1000041 | JANICE A CLARY | 6403 |
| 44 | 1000042 | CARMEN C FAIR | 9375 |
| 45 | 1000043 | SUSANA LOPEZ | 2268 |
| 46 | 1000044 | JAMES BORUS | 10045A |
| 47 | 1000045 | WANDA J ROGERS | 9687 |
| 48 | 1000046 | LORI FREEMAN | 10311 |
| 49 | 1000047 | JENNIFER NELSON | 8723 |
| 50 | 1000048 | JUDY G MYERS | 6045 |
| 51 | 1000050 | GEORGE R LORE | 10461 |

Owen v. Methodist Hospitals of Dallas, Inc. et al. -
Participating Settlement Class Members

| | | | |
|---|---|---|---|
| 52 | 1000051 | PRAVEENA LAMMATA | 10360 |
| 53 | 1000052 | DEVOTIA T THOMAS | 3019 |
| 54 | 1000053 | ELIZABETH J LYDON | 5081 |
| 55 | 1000054 | JAMES W LANGLEY | 10007 |
| 56 | 1000055 | THERESA L KAMACHI | 6988 |
| 57 | 1000056 | JAMES A BUTLER | 6568 |
| 58 | 1000057 | DAVID W WALKER | 1479 |
| 59 | 1000058 | LISA M LAROCCA | 524 |
| 60 | 1000059 | BILLIE R LAMB-SCOBEE | 10795 |
| 61 | 1000060 | CONNIE K ROMERO | 2930 |
| 62 | 1000061 | EVA D SCHWITZER | 3681 |
| 63 | 1000062 | LYDIA ESQUIVEL | 9043 |
| 64 | 1000063 | SCOTT M LAWSON | 4015 |
| 65 | 1000064 | STEFAN L MONTGOMERY | 10561 |
| 66 | 1000065 | LINDA J GARDINER | 4509 |
| 67 | 1000066 | VELILE S NKOLOMI | 9455 |
| 68 | 1000067 | BRENDA K SCOGGINS | 2756 |
| 69 | 1000068 | MARY L NEWMAN | 5675 |
| 70 | 1000069 | BRETT A BIGHAM | 3088 |
| 71 | 1000070 | CHARMAINE COOPER | 11005 |
| 72 | 1000071 | WILLIAM E TILLMAN JR | 5963 |
| 73 | 1000072 | DARIEN B GRIFFITH | 5222 |
| 74 | 1000073 | DARLA PHILLIPS | 11707 |
| 75 | 1000074 | MARY E PAZ | 5015 |
| 76 | 1000075 | MELISSA M MARTINEZ | 10605 |
| 77 | 1000076 | MARIE A COLEMAN-WATSON | 10404 |
| 78 | 1000077 | CAROL F SELLERS | 6322 |
| 79 | 1000078 | JANET K KING | 10316 |
| 80 | 1000079 | MARION L KITCHENS | 1923 |
| 81 | 1000080 | RITA JASSO | 3608 |
| 82 | 1000081 | KYLE CASSAS | 8461 |
| 83 | 1000082 | APRIL D CORLEY-DANIELS | 10564 |
| 84 | 1000083 | ALLISON HUCKSTEP | 9765 |
| 85 | 1000084 | FINLEY E RICE | 8069 |
| 86 | 1000085 | ERIKA M PELLETIER | 10529 |
| 87 | 1000086 | STELLA R MAGGS | 12357 |
| 88 | 1000087 | CARYN KADAVY-JOHNSON | 8661 |
| 89 | 1000088 | MISTI D CHAPMAN | 8898 |
| 90 | 1000089 | ANGELENA PHIPPS | 3683 |
| 91 | 1000090 | MONTY L WRIGHT | 4194 |
| 92 | 1000091 | CHARLES ASHENHART | 2902 |
| 93 | 1000092 | ELIZABETH J BURLESON | 2446 |
| 94 | 1000093 | DENA ALLEN | 6504 |
| 95 | 1000094 | MARK S MORALES | 8601 |
| 96 | 1000095 | RON D MCCALL | 11084 |
| 97 | 1000096 | LINDA K MYERS | 6737 |
| 98 | 1000097 | STEPHANIE M GLOVER | 10881 |
| 99 | 1000098 | KAREN L HAMMER | 5582 |
| 100 | 1000099 | NATALIE A SMITH | 11136 |
| 101 | 1000100 | CONNIE J LEE | 4276 |
| 102 | 1000101 | LINDA C WIXTROM | 7935 |
| 103 | 1000102 | ASHLEY M GENEVAY | 12301 |

Owen v. Methodist Hospitals of Dallas, Inc. et al. -
Participating Settlement Class Members

| | | | |
|---|---|---|---|
| 104 | 1000103 | ROBERT L STOCKBURGER | 11889 |
| 105 | 1000104 | ROSEMARY S VILLASANA | 7795 |
| 106 | 1000105 | CYNTHIA S BULLOCK | 9496 |
| 107 | 1000106 | MARY L CAPPELLO | 8366 |
| 108 | 1000107 | CARL A LAKE | 9492 |
| 109 | 1000108 | KELLIE K YANDELL | 10306 |
| 110 | 1000109 | SHARON HARRIS | 5379 |
| 111 | 1000110 | AMY A DELAROSA | 12136 |
| 112 | 1000111 | GEORGIEANN SCHMITT | 681 |
| 113 | 1000112 | HILARIO ROMO | 7520 |
| 114 | 1000113 | KELLY CHANCE | 7693 |
| 115 | 1000114 | STEPHEN VRECENAR | 3759 |
| 116 | 1000115 | LORIE L SCHWARTZ | 1342 |
| 117 | 1000116 | SUSAN M BAXLEY | 2605 |
| 118 | 1000117 | MICHAEL D SCHWARTZ | 411 |
| 119 | 1000118 | SALLY B EVANS | 226 |
| 120 | 1000119 | SARA V CHAMATHIL | 2292 |
| 121 | 1000120 | CHRISTOPHER R THOMPSON | 10483 |
| 122 | 1000121 | TERRI J MCLIN | 10268 |
| 123 | 1000122 | THELMA J THORNTON | 2959 |
| 124 | 1000123 | ANNA K RUTENBAR | 12346 |
| 125 | 1000124 | HELEN B MALONE | 6744 |
| 126 | 1000125 | MAE HAMPTON | 3605 |
| 127 | 1000127 | JUDITH C SWEENEY | 7778 |
| 128 | 1000128 | TRANG C NGUYEN | 10565 |
| 129 | 1000129 | PHYLANN S FUSCO | 7172 |
| 130 | 1000130 | HOWARD CHASE | 7205 |
| 131 | 1000131 | SHERRESA WADLEY | 11441 |
| 132 | 1000132 | REBECCA VELASQUEZ | 8767 |
| 133 | 1000133 | KAREN L LOADER | 13605 |
| 134 | 1000134 | SHARON J RANDOLPH | 9266 |
| 135 | 1000135 | SHANNON L SMITH | 11634 |
| 136 | 1000136 | HOLLY K SUMMERS | 7367 |
| 137 | 1000137 | VEE A STANELY | 5570 |
| 138 | 1000138 | ERLINDA C CUNANAN | 14824 |
| 139 | 1000139 | CAROL GREENE | 9470 |
| 140 | 1000140 | PATRICIA F MOWREY | 2982 |
| 141 | 1000141 | HAYLEY C WOODALL | 13349 |
| 142 | 1000142 | ANTHERECA E LANE | 10538 |
| 143 | 1000143 | JENNIFER A NEEDHAM | 9388 |
| 144 | 1000144 | JAMES C LIST | 12330 |
| 145 | 1000145 | JEFFERY D LEWIS | 2648 |
| 146 | 1000146 | JUDY K ROSEBROCK | 7894 |
| 147 | 1000147 | BRENDA A NEAL | 9959 |
| 148 | 1000148 | DETRA Y JOHNSON | 11481 |
| 149 | 1000149 | MAYRA M BERMUDEZ | 12488 |
| 150 | 1000150 | MICHELLE ST PIERRE SCHEXNAYDE | 13115 |
| 151 | 1000151 | HUI-CHEN CHU | 12680 |
| 152 | 1000152 | DAVID M KEELEN | 297 |
| 153 | 1000153 | DOAN T BUI | 11284 |
| 154 | 1000154 | HEATHER E DENEAULT | 14643 |
| 155 | 1000155 | GWENDOLYN J FULLER | 7587 |

Owen v. Methodist Hospitals of Dallas, Inc. et al. -
Participating Settlement Class Members

| | | | |
|---|---|---|---|
| 156 | 1000156 | ADRIANNE Z ANDERSON | 15026 |
| 157 | 1000157 | JUDY M POGUE | 5481 |
| 158 | 1000158 | ARETHA Y NEWTON | 5903 |
| 159 | 1000159 | KEYDRON HASTINGS | 6748 |
| 160 | 1000160 | JEFFERY B POSTELL SR | 5459 |
| 161 | 1000161 | SHELLEY G LENAMOND | 11279 |
| 162 | 1000162 | TEDDY L HOKE | 11463 |
| 163 | 1000163 | TODD L REED | 10331 |
| 164 | 1000164 | CAROL A OWEN | 2508 |
| 165 | 1000165 | THOMAS K BOWER | 12634 |
| 166 | 1000166 | TIM M MEEKS | 7184 |
| 167 | 1000167 | ANDREW MAZE | 12757 |
| 168 | 1000168 | GLORIA F STUMPO | 3383 |
| 169 | 1000169 | SHARON L WEST | 12706 |
| 170 | 1000170 | KENDRA M HARRIS | 14484 |
| 171 | 1000171 | KERRI A WALDRON | 11893 |
| 172 | 1000172 | ALENA A MILLER | 7619 |
| 173 | 1000173 | MARIA P RIOS | 9963 |
| 174 | 1000174 | ALISON B WATTS | 5302 |
| 175 | 1000175 | PATRICIA P DALHEIM | 3459 |
| 176 | 1000176 | BARBARA J MOORER | 2120 |
| 177 | 1000177 | ALMA R MENDOZA | 4561 |
| 178 | 1000178 | GORDON R GUINN | 12280 |
| 179 | 1000179 | WIN-YU LEE | 12615 |
| 180 | 1000180 | KRISTEN COVERT | 11497 |
| 181 | 1000181 | SANDRA S SRAMEK | 7414 |
| 182 | 1000182 | MICHAEL A MURPHY | 15807 |
| 183 | 1000183 | ERIN T STEIDL | 11266 |
| 184 | 1000184 | EMILY WATSON | 6061 |
| 185 | 1000185 | KIMBERLY S STRELCZYK | 10939 |
| 186 | 1000187 | FREDERICK J CRONE | 15994 |
| 187 | 1000188 | SHARON NELSON | 7446 |
| 188 | 1000189 | REBECCA MCKOWN | 8871 |
| 189 | 1000190 | CATHERINE L WILLIAMS | 15684 |
| 190 | 1000191 | ELDON G HOPKINS | 14796 |
| 191 | 1000192 | RICHARD HINKLEY | 7823 |
| 192 | 1000193 | PAULA PORTUGAL | 1754 |
| 193 | 1000194 | LINDA M ODGERS | 7380 |
| 194 | 1000195 | JOHN-PAUL LEONARD | 13872 |
| 195 | 1000196 | ANDREA MOORE | 9958 |
| 196 | 1000197 | DAVID TAYLOR | 7219 |
| 197 | 1000198 | RHEA COLE | 14052 |
| 198 | 1000199 | DANIEL K MARTIN | 544 |
| 199 | 1000200 | SHERRY B SIMMONS | 3077 |
| 200 | 1000201 | ANGELINE WOOD | 13645 |
| 201 | 1000203 | SARAH L BACHMAN BUTLER | 13238 |
| 202 | 1000204 | JUANITA A PORTER | 2295 |
| 203 | 1000205 | RICHARD E BALL | 1527 |
| 204 | 1000206 | ROBIN MAXWELL | 16801 |
| 205 | 1000207 | NAIROBI ANDERSON | 13694 |
| 206 | 1000208 | NANCY S CALDWELL | 17355 |
| 207 | 1000209 | COREY L SHIVE | 2988 |

Owen v. Methodist Hospitals of Dallas, Inc. et al. -
Participating Settlement Class Members

| 208 | 1000210 | KRISTYN COMPTON | 14599 |
|---|---|---|---|
| 209 | 1000211 | ANGELA BOULT | 17529 |
| 210 | 1000212 | ROSA L KITCHENS | 6263 |
| 211 | 1000213 | MARY G HINES | 11600 |
| 212 | 1000214 | CATHERINE A DENNEHY | 3404 |
| 213 | 1000215 | BYRON C WRIGHT | 11755 |
| 214 | 1000216 | SHARON J GUINN | 12280A |
| 215 | 1000217 | JOHN W MORSINKHOFF | 5291 |
| 216 | 1000218 | NORMAN SMITH | 6243 |
| 217 | 1000219 | MARIANNE RATAJ | 6837 |
| 218 | 1000220 | PATRICIA WILLIAMS | 1112 |
| 219 | 1000221 | ANNELI E HUSBERG | 10852 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROL OWEN, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> METHODIST HOSPITALS OF DALLAS, INC. (d/b/a METHODIST HEALTH SYSTEM); MEDHEALTH; METHODIST TRANSPLANT PHYSICIANS; PHYSICIAN ASSOCIATES OF SOUTHWEST DALLAS, JOHN F. LACY and TIMOTHY M. MEEKS <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> NO. 3:09-cv-00207-L <br><br> **DECLARATION OF JENNIFER M. KEOUGH REGARDING LIST OF PARTICIPATING SETTLEMENT CLASS MEMBERS** |

## DECLARATION OF JENNIFER M. KEOUGH

JENNIFER M. KEOUGH declares:

1. I am Executive Vice President, Operations of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. GCG was engaged by the Settling Parties in the above captioned litigation to serve as the Settlement Administrator as described in the Settlement Agreement, dated September 16, 2009, and approved in the Court's Preliminary Approval Order, dated November 19, 2009. I submit this Declaration in order to provide the Court and the Settling Parties with the

1
DECLARATION OF JENNIFER M.
KEOUGH

list of 219 Participating Settlement Class Members who are not Excluded Class Members. The list is attached hereto as Exhibit A.

Executed this 1st day of February, 2010 at Seattle, Washington.

*[signature]*

JENNIFER M. KEOUGH